FLORENCE K. RUSSELL, Plaintiff, *v.* ARTHUR F. RUSSELL, Defendant.

Supreme Court, Special Term, Kings County, October 31, 1950.

*Louis Lindauer* for plaintiff.

*Bernard H. Sandler* for defendant.

Di Giovanna, J. Motion for counsel fee is granted to the extent that defendant is directed to pay to plaintiff the sum of $1,000 as counsel fee, payable $600 within ten days of service of a copy of the order to be entered hereon and the balance on or before the date of trial. If this action is disposed of before a trial of the issues then the entire counsel fee shall be $600. Defendant's contention that this court does not recognize the sufficiency of a complaint seeking a declaratory judgment annulling a divorce procured in a foreign jurisdiction without personal service upon the wife, is without foundation. The case of *Goldstein* v. *Goldstein* (283 N. Y. 146) involved an application for an injunction to restrain defendant from prosecuting an action for divorce in a Florida court. In dismissing the complaint the court said that no damage had as yet been done. In the case at issue, the action of the husband has resulted in a final judgment which in and of itself does injury to the plaintiff. The case of *Hollister* v. *Hollister* (288 N. Y. 528) does not determine the law applicable in this case. Therein the Court of Appeals struck out a declaratory judgment after sustaining a judgment of separation. Implicit in the judgment of separation was a finding of a valid existing marriage between the parties. The need for a declaratory judgment was simply not there and for that reason it was stricken. The Legislature of this State recognized the existence of actions declaring the nullity of a judgment obtained in another jurisdiction by enacting section 1169-a of the Civil Practice Act and provided therein for the payment of counsel fees to enable a wife to maintain such action. Motion to dismiss complaint is denied (see *Muscillo* v. *Muscillo*, N. Y. L. J., Oct. 26, 1950, p. 956, col. 1 [Bronx Co., Hammer, J.]). Settle order on notice.